# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1206
Lower Tribunal No. 14-25364
_____

**John Ramos,**
Appellant,

vs.

**Natalie Quilliams,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

John Ramos, in proper person.

Appellee precluded from filing an answer brief.

Before EMAS, C.J., and MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.